# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re    Kahlil Nouhad Hamady | Chapter: 7 |
| | Case No: 15–13907 |
| Debtor | Judge Melvin S. Hoffman |

# ORDER
# REGARDING DEFICIENT FILING

Your recent filing of **Motion to Amend Schedule E, Matrix** on **NOVEMBER 13, 2015** with the Court was deficient and/or defective as noted below:

☑ Certificate of Service **is Insufficient. File CS Re: #6 served on C. Hamady at correct addr**

☐ Verified statement or an unsworn declaration as required by Fed. R. Bankr. P.1008 and in accordance with 28 USC § 1746.

☐ Declaration Re: Electronic Filing (Official Local Form 7) as required by MEFR 7(a)

☐ Chapter 13 Agreement Between Debtor and Counsel (Official Local Form 8) as required by MLBR App. 1, Rule 13–2 (a)(8).

☐ Reaffirmation Agreement Cover Sheet.

☐ Real Estate Worksheet.

☐ Disclosure of Compensation of Attorney for Debtor(s). (Official Form 203)

☐ Debtor(s) Schedule of Disputed Payments in Opposition to Motion for Relief from Stay – Post Petition Transaction History.

☐ Motion to Amend Plan.

☐ Motion to Approve Stipulation.

☐ Certificate of Conference.

☐ Notice of Amendment to Schedules.

☐ Motion to Amend Schedules.

☑ Amended Summary of Schedules. **MISSING.**

☐ Adversary Proceeding Cover Sheet.

☐ Proposed Notice to the Objection to Claim MLBR 3007–1(b)(Chapters 7 and 11).

☐ Proposed Notice to the Objection to Claim and Certificate of Service. See MLBR Appendix 1, Rule 13–13(c).

| | |
|---|---|
| ☐ | ECF filer and signature on the document do not match; please refile. See App. 8, Rule 8(a) of MLBR. |
| ☐ | Missing required name, address, telephone number or BBO number. See MLBR Rule 9011–1. |
| ☐ | Missing email address of ECF registered electronic filer. See MLBR Appendix 8, Rule 8(a). |
| ☐ | Original Signature is required. /s/ is not allowed. Please re–file with original signature. |
| ☐ | Other |

You are hereby **ORDERED** to file the above required documents(s) on or before **NOVEMBER 16, 2015** .

**YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW. FAILURE TO COMPLY WILL RESULT IN DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

| ● United States Bankruptcy Court<br>John W. McCormack Post<br>Office and Court House<br>5 Post Office Square, Suite 1150<br>Boston, MA 02109–3945 | ○ United States Bankruptcy Court<br>211 Donohue Federal Building<br>595 Main Street<br>Worcester, MA 01608–2076 | ○ United States Bankruptcy Court<br>United States Courthouse<br>300 State Street, Suite 220<br>Springfield, MA 01105–2925 |
|---|---|---|

Date:11/13/15

By the Court,

Cynthia Martin
Deputy Clerk
617–748–5332

11 – 10